IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OSMAN N. OZSUSAMLAR,
       Plaintiff,

vs

COURT STENOGRPAHER
       Defendant,

Case no: 16-CV-6858(CM)

Motion for the Appointment of Counsel

RECEIVED SDNY PRO SE OFFICE 2016 OCT 25 PM 12:42

---

Comes now, Osman N. Ozsusamlar, the Petitioner, moves the court for the appointment of learned counsel, in law, to represent the Petitioner, in case no: 16-cv-6858(CM), and its associated matters.

The Petitioner is of Turkish Nationality, is unlearned in law of United States, and so, moves the court to appoint competent counsel to represent the Petitioner in the above caption case.

10-16-2016.

Respectfully Submitted

Osman N. Ozsusamlar

1.

_____ CERTIFICATE OF SERVICE _____

I, OSMAN NURI OZSUSAMLAR hereby certify that I have served a true and correct copy of the following:

Motion for the Appointment of Counsel

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed. 2d. 245 (1988), upon the defendants or his attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to : United States District Court - Southern District of New York U.S. Courthouse, 500 Pearl Street New York, NY 10007

and same in the U.S. Postal Service Mail at VIA FIRST CLASS MAIL in the F.C.I. - Bennetsville Mailroom.

I declare, under penalty of perjury [ Title 28 U.S.C. §1746 ], that the foregoing is true and correct.

Dated this 18 day of October, 2016

_____
Osman N. Ozsusamlar

Reg. No : 53271-054

F.C.I.- Bennettsville

P.O. Box 52020, Unit A-4

Bennettsville, S.C. 29512-5220

cc : File

