UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSMAN OZSUSAMLAR,

                Plaintiff,

-against-

COURT STENOGRAPHER, ET AL.,

                Defendants.

16-CV-6858 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued January 20, 2017, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 20, 2017
            New York, New York

                                        COLLEEN McMAHON
                                    Chief United States District Judge